■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMELL S. MITCHELL, Appellant. [987 NYS2d 589]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered June 22, 2010. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELLY L. SMITH, Appellant. [987 NYS2d 282]—Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered December 19, 2012. The judgment convicted defendant, upon her plea of guilty, of attempted criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.